AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| Midwest Industrial Supply, Inc. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 5:08cv 1374 |
| Soilworks, LLC ) | |
| Defendant ) | Judge Oliver |

**Summons in a Civil Action**

Magistrate Judge Baughman

To: *(Defendant's name and address)*

Soilworks, LLC
c/o Statutory Agent, CT Corporation System
2394 E. Camelback Road, Phoenix, AZ 85016

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John M. Skeriotis
388 S. Main St., Suite 500
Akron, OH 44311-4407

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith

Name of clerk of court

Date: 6-6-2008

s/Terri L. Masich

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*


AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __June 13, 2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
         who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
         _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) __Via certified mail. Tracking No. 7003 3110 0004 3750 8806__

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: __June 20, 2008__

                               _Connie Nutter_
                                         Server's signature

                               _Connie Nutter, Legal Secretary_
                                         Printed name and title

                               Brouse McDowell
                               388 South Main Street, Suite 500
                               Akron, OH 44311-4407
                                         Server's address


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0004 3750 8806**
Status: **Delivered**

Your item was delivered at 11:31 AM on June 13, 2008 in PHOENIX, AZ 85016.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA Postal Inspectors Preserving the Trust Inspector General Promoting Integrity

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Soilworks, LLC
    c/o Statutory Agent
    CT Corporation System
    2394 E. Camelback Road
    Phoenix, AZ 85016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   CT Corporation System
   Phoenix, Arizona
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery 6/13/8

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 3750 8806

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540