**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Midwest Industrial Supply, Inc., | ) | CASE NO. 5:08CV 1374 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | MAGISTRATE JUDGE BAUGHMAN |
| -vs.- | ) | |
| | ) | |
| Soilworks, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b), any non-governmental corporate party to a proceeding must file a statement identifying any parent, subsidiary or affiliate corporations and listing any publicly held corporation that owns 10% or more of the party's stock. A party must file this statement upon filing a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Soilworks, LLC.

1. Is party a parent, subsidiary or other affiliate of a publicly owned corporation?

    ( ) Yes        (X) No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: N/A

2. Is there a publicly held corporation, not a party to the case, that has a financial interest in the outcome?

( ) Yes (X) No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest: N/A

This Corporate Disclosure Statement is filed subject to and with full reservation of rights. No admission of fact, law or liability is intended by this Corporate Disclosure Statement, and all defenses, motions and pleas are expressly reserved.

Respectfully submitted,

/s/*Elizabeth A. Ratliff*
Elizabeth A. Ratliff (0075673)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
e-mail: earatliff@vorys.com

*Attorney for Defendant*
*Soilworks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*Elizabeth A. Ratliff*
One of the Attorneys for Defendant

07/03/2008 Cleveland 1176763