**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Midwest Industrial Supply, Inc. | ) | CASE NO. 5:08 CV 1374 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE BAUGHMAN |
| | ) | |
| Soilworks, LLC, | ) | **MOTION OF DEFENDANT SOILWORKS,** |
| | ) | **LLC FOR ADMISSION *PRO HAC VICE*** |
| Defendant. | ) | **OF E. SCOTT DOSEK** |

Pursuant to Local Rule 83.5(h), Defendant Soilworks, LLC by and through Elizabeth A. Ratliff, attorney duly admitted to the Bar of the State of Ohio, authorized to practice before this Court, respectfully requests this Court grant an order permitting E. Scott Dosek to appear and participate in this matter as counsel for Defendant. Should this Motion be granted, Mr. Dosek will be associated with Ms. Ratliff in this action. Mr. Dosek has been, and is currently, a member of the Bars of the State of Nebraska (inactive), the State of Arizona, United States District Court for the State of Arizona, the United States Supreme Court, and the United States Court of Appeals for the Sixth and Ninth Circuit. Mr. Dosek's contact information is as follows:

    E. Scott Dosek (AZBN #012114)
    KUTAK ROCK LLP
    8601 North Scottsdale Road, Suite 300
    Scottsdale, AZ 85253
    Telephone: (480) 429-5000
    Facsimile: (480) 429-5001
    Scott.Dosek@KutakRock.com
    Arizona Bar No. 012114

Mr. Dosek understands that admission *pro hac vice* before this Court subjects him to the disciplinary jurisdiction of this Court. The Declaration of Mr. Dosek is attached hereto in support of this motion.

WHEREFORE, Defendant Soilworks, LLC respectfully requests that this Court grant this Motion for Admission *Pro Hac Vice*. A proposed Order is attached hereto for the convenience of the Court.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

_____
Elizabeth A. Ratliff (0075673)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114
Telephone: (216) 479-6103
Facsimile: (216) 937-3737
earatliff@vorys.com
*Attorneys for Defendant Soilworks, LLC*

**OF COUNSEL:**
E. Scott Dosek (AZBN #012114)
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253
Telephone: (480) 429-5000
Facsimile: (480) 429-5001
Scott.Dosek@KutakRock.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed this ____ day of July, 2008.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

---

*Attorneys for Defendant Soilworks, LLC*

4817-8716-5954.1