IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Midwest Industrial Supply, Inc. | ) | CASE NO. 5:08 CV 1374 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE BAUGHMAN |
| | ) | |
| Soilworks, LLC, | ) | **DECLARATION OF E. SCOTT DOSEK** |
| | ) | |
| Defendant. | ) | |

I, E. Scott Dosek, state as follows:

1. I respectfully apply to the Court for permission to appear Pro Hac Vice and appear as counsel on behalf of Defendant Soilworks, LLC in the above styled case.

2. I was admitted to practice law in Nebraska in 1978, and Arizona on October 21, 1988.

3. I am a member in good standing of bar(s) of the State of Nebraska (inactive), the State of Arizona, the United States District Court for Arizona, the United States Supreme Court, and the United States Court of Appeals for the Sixth and Ninth Circuits.

4. My contact information is as follows: E. Scott Dosek, KUTAK ROCK LLP, 8601 North Scottsdale Road, Suite 300, Scottsdale, AZ 85253, Telephone: (480) 429-5000, Facsimile: (480) 429-5001.

5. I will be associated with Elizabeth A. Ratliff in this action.

6. By this appearance, I hereby affirm that all motions, pleadings, and papers signed by me or on my behalf in this proceeding shall constitute a certificate, whether or not such papers affirm or verify, that I have read the pleading, motion or paper, and to the best of my information, knowledge, and belief, there is good ground to support it and that it is not intended for purposes of delay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2008.

*[signature]*
E. Scott Dosek