UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST INDUSTRIAL SUPPLY, INC., | ) | Case No.: 5:08 CV 1374 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| SOILWORKS, LLC, | ) | |
| | ) | CASE MANAGEMENT |
| Defendant | ) | <u>CONFERENCE ORDER</u> |

A case management conference was held in the within case on August 15, 2008, at 1:00 p.m.

All parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the standard track.

The parties will exchange pre-discovery disclosures by September 22, 2008.

The parties will have until October 15, 2008 , to join parties and/or amend the pleadings. The cut-off date for fact discovery is April 30, 2009. The discovery cut-off date for experts is June 30, 2009. The dispositive motion cut-off date is August 3, 2009.

After discussion with the parties, the court determined that Alternate Dispute Resolution would not be useful at this time. The parties have attempted mediation in the pending Arizona case. Any further efforts there will involve the issues in this case also.

This case will automatically be entered into the court's electronic filing system and all

further documents, notices and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

There is a pending Motion to Dismiss, or in the Alternative, to Transfer.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

August 18, 2008