UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST INDUSTRIAL SUPPLY, INC. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 5:08 CV 1374 |
| Plaintiff, | | JUDGE OLIVER |
| -vs.- | | |
| SOILWORKS, LLC | | **STIPULATED NOTICE OF DISMISSAL** |
| Defendant. | | |

Pursuant to Federal Rule 41(a), Plaintiff Midwest Industrial Supply, Inc. and Defendant Soilworks, LLC, by and through their counsel, hereby stipulate and agree that the above-captioned case is settled, and that any and all claims of any sort that were raised in the instant action, by any and/or all parties in this action, are dismissed *with prejudice*. Each party shall bear its own costs and fees.

**STIPULATED AND AGREED TO:**

/s/ John M. Skeriotis                    /s/ E. Scott Dosek (per agreement)
Craig A. Marvinney (#0004951)            E. Scott Dosek (AZBN #012114)
cmarvinney@brouse.com                    Scott.dosek@kutakrock.com
John M. Skeriotis (#0069263)             Elizabeth A. Ratliff (#0075673)
jms@brouse.com                           earatliff@vorys.com

Craig A. Marvinney                       E. Scott Dosek
BROUSE McDOWELL                          KUTAK ROCK
1001 Lakeside Avenue, Suite 1600         8601 North Scottsdale Rd., Suite 300
Cleveland, Ohio 44114-1151               Scottsdale AZ 85253
216.830.6830                             480.429.5000
216.830.6807 - Facsimile                 480.429.5001 - Facsimile

1

| | |
|---|---|
| John M. Skeriotis<br>BROUSE McDOWELL<br>388 S. Main St., Suite 500<br>Akron, OH 44311-4407<br>330.535.9999<br>330.535.5000 – Facsimile<br><br>Attorneys for Plaintiff Midwest Industrial Supply, Inc. | Elizabeth A. Ratliff<br>VORYS, SATER, SEYMOUR & PEASE<br>2100 One Cleveland Center<br>1375 East Ninth St.<br>Cleveland, Ohio 44114<br>216.479.6103<br>216.937.3737 - Facsimile<br><br>Attorneys for Defendant Soilworks, LLC |

IT IS SO ORDERED:

Dated: 4/10/2009  /s/SOLOMON OLIVER, JR.
The Honorable Solomon Oliver, Jr.
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on April 7, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis<br>
John M. Skeriotis

743572